| | |
|---|---|
| MICHAEL J. AGUIRRE, City Attorney<br>JOE CORDILEONE, Senior Deputy City Attorney<br>California State Bar No. 73606<br>MARIA C. SEVERSON, Chief Deputy City Attorney<br>California State Bar No. 173967<br>Office of the City Attorney<br>1200 Third Avenue, Suite 1100<br>San Diego, California 92101-4100<br>Telephone: (619) 533-5800<br>Facsimile:  (619) 533-5856 | Exempt from fees per Gov't code 6103<br>To the benefit of the City of San Diego |

Attorneys for Defendant City of San Diego

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MEANS,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, a municipal corporation and a Political Subdivision of the State of California, and DOES 1-30, inclusive,<br><br>        Defendant. | Case No. 08cv0580 WQH (POR)<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b), AND IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e) AND MOTION TO STRIKE PORTIONS OF THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT**<br><br>Judge: Hon. William Q. Hayes<br>Courtroom:   4<br>Date:  May 12, 2008<br>Time:. 11:00 a.m.<br><br>Magistrate: Hon. Louisa S. Porter |

**TO PLAINTIFF TRACY MEANS AND HER ATTORNEYS OF RECORD,**

**PLEASE TAKE NOTICE:**

    On May 12, 2008, at 11:00 a.m., or as soon as the matter may be heard before the

Honorable William Q. Hayes, in Courtroom 4, located at 940 Front Street, Fourth  Floor, San

Diego, California, Defendant City of San Diego, through Senior Deputy City Attorney Joe Cordileone, will move the Court for an Order dismissing the Plaintiff's First Amended Complaint in the above-captioned action, with prejudice, or as the Court deems appropriate, and alternatively for an order that Plaintiff provide a more definite statement, pursuant to Federal Rules of Civil Procedure 12(b) and (e), and for an order that strikes portions of Plaintiff's First Amended Complaint, pursuant to Federal Rules of Civil Procedure 12(f). More specifically, Defendant will ask this Court for:

1. Dismissal of the First Amended Complaint and each of its counts for failure to state a claim upon which relief can be granted; and alternatively,

2. An order that Plaintiff amend the complaint to make a more definite statement; and,

3. An order striking certain portions of the First Amended Complaint for containing, redundant, immaterial, impertinent, and scandalous matter.

The motion is based upon the accompanying points and authorities, the records on file herein, the request for judicial notice filed herewith, and such other oral and documentary matter as may be presented at the time of the hearing.

Dated: April 2, 2008                          MICHAEL J. AGUIRRE, City Attorney


                                              By   /s/ Joe Cordileone
                                                   Joe Cordileone
                                                   Senior Deputy City Attorney
                                              Attorneys for Defendant City of San Diego