1  MICHAEL J. AGUIRRE, City Attorney
   JOE CORDILEONE, Senior Deputy City Attorney
2  California State Bar No. 73606
   MARIA C. SEVERSON, Chief Deputy City Attorney
3  California State Bar No. 173967
   Office of the City Attorney
4  1200 Third Avenue, Suite 1100
   San Diego, California 92101-4100
5  Telephone:  (619) 533-5800
   Facsimile:   (619) 533-5856

6

7  Attorneys for Defendant City of San Diego

8

This document exempt from
fees per Gov't Code 6103
to the benefit of the City of San
Diego

9                  **UNITED STATES DISTRICT COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

11  TRACY MEANS,                          Case No.  08cv0580 WQH (POR)

12              Plaintiff,                **DECLARATION OF SERVICE**

13          v.
                                          Judge: Hon. William Q. Hayes
14  CITY OF SAN DIEGO, a municipal corporation    Courtroom:    4
                                          Date:  May 12, 2008
15  and a Political Subdivision of the State of   Time:. 11:00 a.m.
    California, and DOES 1-30, inclusive,
16                                        Magistrate: Hon. Louisa S. Porter

17              Defendant.

18

19      I, the undersigned, declare under penalty of perjury that I am over the age of eighteen

20  years and not a party to this action; and that I served the following document(s):

21      • **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
        PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL
22      RULE OF CIVIL PROCEDURE 12(b), AND IN THE ALTERNATIVE,
        MOTION FOR A MORE DEFINITE STATEMENT  PURSUANT TO
        FEDERAL RULE OF CIVIL PROCEDURE 12(e) AND MOTION TO STRIKE
23      PORTIONS OF THE COMPLAINT PURSUANT TO FEDERAL RULE OF
        CIVIL PROCEDURE 12(f)**

24
        • **POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION
25      TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT
        TO FEDERAL RULE OF CIVIL PROCEDURE 12(b), AND IN THE
26      ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT
        PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e) AND
27      MOTION TO STRIKE PORTIONS OF THE COMPLAINT PURSUANT TO
        FEDERAL RULE OF CIVIL PROCEDURE 12(f)**

28

                                    1

1

• **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b), AND IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e) AND MOTION TO STRIKE PORTIONS OF THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**

2

3

4

•

5

on the individuals listed below in the manner indicated.

6

**Electronic Mail**

7

I served the following by electronic mail at the e-mail addresses listed below:

8

• prosenstein@rwdlaw.com

9

10

Executed:  April 2, 2008, at San Diego, California.

11

12

_s/Ginger  Botha_____
**GINGER BOTHA**
E-mail:  GBotha@sandiego.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2