1  MICHAEL J. AGUIRRE, City Attorney
   JOE CORDILEONE, Senior Deputy City Attorney
2  California State Bar No. 73606
   MARIA C. SEVERSON, Chief Deputy City Attorney
3  California State Bar No. 173967
   Office of the City Attorney
4  1200 Third Avenue, Suite 1100
   San Diego, California 92101-4100
5  Telephone: (619) 533-5800
   Facsimile:  (619) 533-5856

Exempt from fees per Gov't code 6103
To the benefit of the City of San Diego

7  Attorneys for Defendant City of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MEANS,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF SAN DIEGO, a municipal corporation and a Political Subdivision of the State of California, and DOES 1-30, inclusive,<br><br>          Defendant. | Case No. 08cv0580 WQH (POR)<br><br>**DEFENDANT'S NOTICE OF AMENDED MOTION AND AMENDED MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b), AND IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e) AND MOTION TO STRIKE PORTIONS OF THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT**<br><br>Judge: Hon. William Q. Hayes<br>Courtroom:   4<br>Date:  May 12, 2008<br>Time:. 11:00 a.m.<br><br>Magistrate: Hon. Louisa S. Porter |

**TO PLAINTIFF TRACY MEANS AND HER ATTORNEYS OF RECORD,**

**PLEASE TAKE NOTICE:**

On May 12, 2008, at 11:00 a.m., or as soon as the matter may be heard before the Honorable William Q. Hayes, in Courtroom 4, located at 940 Front Street, Fourth Floor, San

1

Diego, California, Defendant City of San Diego, through Senior Deputy City Attorney Joe Cordileone, will move the Court for an Order dismissing the Plaintiff's First Amended Complaint in the above-captioned action, with prejudice, or as the Court deems appropriate, and alternatively for an order that Plaintiff provide a more definite statement, pursuant to Federal Rules of Civil Procedure 12(b) and (e), and for an order that strikes portions of Plaintiff's First Amended Complaint, pursuant to Federal Rules of Civil Procedure 12(f). More specifically, Defendant will ask this Court for:

1. Dismissal of the First Amended Complaint and each of its counts for failure to state a claim upon which relief can be granted; and alternatively,

2. An order that Plaintiff amend the complaint to make a more definite statement; and,

3. An order striking certain portions of the First Amended Complaint for containing, redundant, immaterial, impertinent, and scandalous matter.

The motion is based upon the accompanying points and authorities, the records on file herein, the request for judicial notice filed herewith, and such other oral and documentary matter as may be presented at the time of the hearing.

Dated: April 3, 2008                    MICHAEL J. AGUIRRE, City Attorney


By   /s/ Joe Cordileone
     Joe Cordileone
     Senior Deputy City Attorney
Attorneys for Defendant City of San Diego