MICHAEL J. AGUIRRE, City Attorney
JOE CORDILEONE, Senior Deputy City Attorney
California State Bar No. 73606
MARIA C. SEVERSON, Chief Deputy City Attorney
California State Bar No. 173967
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile:  (619) 533-5856

This document exempt from fees per Gov't Code 6103 to the benefit of the City of San Diego

Attorneys for Defendant City of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MEANS,<br><br>         Plaintiff,<br><br>   v.<br><br>CITY OF SAN DIEGO, a municipal corporation and a Political Subdivision of the State of California, and DOES 1-30, inclusive,<br><br>         Defendant. | Case No. 08cv0580 WQH (POR)<br><br>**DECLARATION OF SERVICE**<br><br>Judge: Hon. William Q. Hayes<br>Courtroom:  4<br>Date:  May 12, 2008<br>Time:. 11:00 a.m.<br><br>Magistrate: Hon. Louisa S. Porter |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the following document(s):

- **DEFENDANT'S NOTICE OF AMENDED MOTION AND AMENDED MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b), AND IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e) AND MOTION TO STRIKE PORTIONS OF THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**

- **POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S AMENDED MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b), AND IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT  PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e) AND MOTION TO STRIKE PORTIONS OF THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**

1  • DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS AMENDED MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b), AND IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e) AND MOTION TO STRIKE PORTIONS OF THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)
•

on the individuals listed below in the manner indicated.

### Electronic Mail

I served the following by electronic mail at the e-mail addresses listed below:

- prosenstein@rwdlaw.com

Executed: April 3, 2008, at San Diego, California.

*[signature]*
**GINGER BOTHA**
E-mail: GBotha@sandiego.gov

2