```
MICHAEL J. AGUIRRE, City Attorney
JOE CORDILEONE, Senior Deputy City Attorney
California State Bar No. 73606
        Office of the City Attorney
        1200 Third Avenue, Suite 1100
        San Diego, California 92101-4100
        Telephone:  (619) 533-5800
        Facsimile:   (619) 533-5856
```

Attorneys for Defendant City of San Diego

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MEANS,<br><br>　　　　　　Plaintiff,<br>v.<br>CITY OF SAN DIEGO, a municipal corporation and a Political Subdivision of the State of California, and DOES 1-30, inclusive,<br><br>　　　　　　Defendants. | Case No. 08cv0580 WQH (POR)<br><br>STIPULATION TO CONTINUE MOTIONS TO DISMISS, *ET AL.* AND ORDER THEREON<br><br>Current date:<br>Date: May 12, 2008<br>Time: 11:00 a.m.<br>Dept.: Courtroom 4<br><br>New date:<br>Date: June 9, 2008<br>Time: 11:00 a.m.<br>Dept.: Courtroom 4<br><br>Judge: Hon. William Q. Hayes<br>Magistrate: Hon. Louisa Porter<br>Complaint filed:　　December 7, 2007 |

It is hereby stipulated between counsel for Plaintiff, Tracy Means and Defendant City of San Diego that the hearing on Defendant's Motions under FRCP Rules 12(b)(6); 12(e) and 12(f): 1) to Dismiss; 2) for a more definite statement; and, 3) to strike, currently scheduled for hearing in Courtroom 4 on May 12, 2008 at 11:00 a.m. may be continued to June 9, 2008 at 11:00 a.m. The parties hereby request an order thereon.

A continuance is necessary because electronic service on Plaintiff's counsel was not effected and not discovered until May 1, 2008. The earliest date available from the Court which allows for statutory notice is the date agreed upon and cleared with the Court.

1

**Stipulation to Continue Hearing and Order Thereon**

The undersigned, having read this stipulation consent to an order of the Court continuing the hearing date to June 9, 2008 at 11:00 a.m. in Courtroom 4.

Dated: May 2, 2008                                MICHAEL J. AGUIRRE, City Attorney


By____/s/ Joe Cordileone_____
Joe Cordileone, Sr. Dep. City Attorney
Attorneys for Defendant City of San Diego

Dated: May 2, 2008                                ROSENSTEIN, WILSON & DEAN, P.L.C.


By_____
Paula S. Rosenstein, Esq.
Attorneys for Plaintiff, Tracy Means

1  The undersigned, having read this stipulation consent to an order of the Court
2  continuing the hearing date to June 9, 2008 at 11:00 a.m. in Courtroom 4.
3  Dated: May 2, 2008                                MICHAEL J. AGUIRRE, City Attorney

By _____
Joe Cordileone, Sr. Dep. City Attorney
Attorneys for Defendant City of San Diego

Dated: May 6, 2008                                 ROSENSTEIN, WILSON & DEAN, P.L.C.

By _____
Paula S. Rosenstein, Esq.
Attorneys for Plaintiff, Tracy Means