UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MEANS,<br><br>                Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, and DOES 1-30,<br><br>                Defendants. | Case No. 08cv0580 WQH (POR)<br><br>**DECLARATION OF SERVICE** |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents: STIPULATION TO CONTINUE MOTIONS TO DISMISS, *ET AL.* AND ORDER THEREON in the following manner:

1) ☐ By personally serving the individual named by personally delivering the copies to the offices of the addressee.

      Time of delivery: _____ a.m./p.m.

2) ☐ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing copies (first class mail, postage prepaid) to the person served at the place where the copies were left.

3) ☐ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing copies (first class mail, postage prepaid) to the person served at the place where the copies were left.

4) ☒ By placing a copy in a sealed envelope and placing it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practices. (See attached service list.)

Executed May 7, 2008, at San Diego, California.

*Kathleen A. Tenwolde*
Kathleen A. Tenwolde

1

**SERVICE LIST:**

Paula S. Rosenstein, Esq.
ROSENSTEIN, WILSON & DEAN, P.L.C.
1901 First Avenue, Suite 300
San Diego, CA 92101
Tel: (619) 232-8377
Fax : (619) 238-8376
*Attorney For Plaintiff Tracy L. Means*