1  Paula S. Rosenstein, Esq. (SBN 126264)
   ROSENSTEIN, WILSON & DEAN, P.L.C.
2  1901 First Avenue, Suite 300
   San Diego, California 92101
3  Telephone: (619) 232-8377

4  Attorneys for Plaintiff
   TRACY MEANS

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  TRACY MEANS,                              CASE NO.  08cv0580 WQH (POR)

12         Plaintiff,
                                              PROOF OF SERVICE
13  v.

14  CITY OF SAN DIEGO, a municipal
    corporation and a Political Subdivision of the
15  State of California, and DOES 1-30, inclusive,

16         Defendants.

17

18

19         I, Kristin Anderson, declare:

20         I am employed in the County of San Diego, State of California. I am over the age of 18 and

21  am not a party to the within action; my business address is 1901 First Avenue, Suite 300, San Diego,

22  California.

23         On May 23, 2008, I served the document described as follows:

24  PLAINTIFF'S OPPOSITION TO DEFENDANT'S AMENDED MOTION TO DISMISS
    PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b), AND, IN THE
25  ALTERNATIVE, OPPOSITION TO MOTION FOR A MORE DEFINITE STATEMENT
    PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e) AND MOTION TO
26  STRIKE PORTIONS OF THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL
    PROCEDURE 12(f)
27
    on the attorneys of record for the parties herein as follows:
28

                                              - 1 -

| | | |
|---|---|---|
| 1 | JOE B. CORDILEONE, | Attorneys for Plaintiff CITY OF SAN |
| 2 | Deputy City Attorney<br>OFFICE OF THE CITY ATTORNEY | SAN DIEGO, a municipal corporation<br>and a Political Subdivision of the State |
| 3 | 1200 Third Avenue, Suite 1100<br>San Diego, CA 92101-4100 | of California |
| 4 | Telephone: (619) 533-5800<br>Facsimile: (619) 533-5856 | |

xxxxxx(BY ELECTRONIC FILING/ REGISTEREDCM/ECF ATTORNEY)   I filed the document through the CM/ECF filing system of the U.S. District Court, Southern District of California. A Notice of Electronic Filing will be e-mailed to the registered attorney by the CM/ECF filing system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED on May 23, 2008 at San Diego, California.

_____
Kristin Anderson

- 2 -

*Tracy Means v. City of San Diego*          Proof of Service
Case No. 08cv0580