```
MICHAEL J. AGUIRRE, City Attorney
JOE CORDILEONE, Senior Deputy City Attorney
California State Bar No. 73606
        Office of the City Attorney
        1200 Third Avenue, Suite 1100
        San Diego, California 92101-4100
        Telephone: (619) 533-5800
        Facsimile:  (619) 533-5856
```

Attorneys for Defendant City of San Diego

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MEANS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, a municipal corporation and a Political Subdivision of the State of California, and DOES 1-30, inclusive,<br><br>    Defendant. | Case No. 08cv0580 WQH (POR)<br><br>**DEFENDANT'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION UNDER: FRCP 12(b) TO DISMISS; FRCP 12(e) FOR MORE DEFINITE STATEMENT; AND 12(f) TO STRIKE PORTIONS**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT**<br><br>Judge: Hon. William Q. Hayes<br>Courtroom: 4<br>Date: June 9, 2008<br>Time: 11:00 a.m.<br>Magistrate: Hon. Louisa S. Porter |

Pursuant to Federal Rules of Evidence 201, Defendant City of San Diego hereby requests the court take judicial notice of two additional documents attached hereto:

6. Defendant's and Respondent's Notice of Cross-Appeal [Tracy Means' cross-appeal in Means 1, served February 22, 2008]; and

7. Defendant's and Respondent's Notice of Abandonment of Cross-appeal [Tracy Means' cross appeal in Means 1, served March 21, 2008].

///

///

///

1

# I

# ARGUMENT

Judicial notice of these documents is proper pursuant to rule 201(b) for the Federal Rules of Evidence, which permits courts to take judicial notice of facts that re "not subject to reasonable dispute in that [they are] either (1) generally known within the territorial jurisdiction of the trial court or (20) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed.R.Evid. 201(b). The Federal Rules direct courts to take judicial notice of such matters "if requested by a party and supplied with the necessary information." Fed.R.Evid. 201(d). This court may judicially notice and consider the aforementioned documents in deciding the City's Motion to Dismiss. In deciding a motion to dismiss, the Court is not limited to the contents of the complaint. Rather, "[w]hen ruling on a motion to dismiss, the court may consider the facts allege din the complaint, documents attached to the complaint, documents replied upon but not attached to the complaint when authenticity is not contested, *and matters of which the court takes judicial notice." In re Peerless sys., Corp Sec. Litig.*, 182 F. Supp. 2d 982, 987 n.2 (S.D. Cal. 2002) (emphasis added); see also *Parrino v. FHP Inc.*, 146 F.3d 699, 705-06 (9th Cir. 1998) (in ruling on a motion to dismiss, courts may take judicial notice of documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading") (quoting *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994)). This well-established application of judicial notice is designed to prevent plaintiffs from avoiding Rule 12 dismissal "b deliberately omitting references to documents upon which their claims are based." *Parrino*, 146 F.3d at 706; see also *Pension Benefit Guar. Corp. v. White Consol. Indus.*, 998 F.2d, 1192, 1196 (3d Cir 1993).

Dated: June 2, 2008                             MICHAEL J. AGUIRRE, City Attorney


By   /s/ Joe Cordileone
     Joe Cordileone
     Senior Deputy City Attorney
     Attorneys for Defendant City of San Diego

# EXHIBIT 6

Paula S. Rosenstein, Esq. (SBN 12624)
ROSENSTEIN, WILSON & DEAN, P.L.C.
1901 First Avenue, Suite 300
San Diego, CA 92101
Telephone: (619) 232-8377
Facsimile: (619) 238-8376

Attorneys for Defendant
Tracy L. Means

## SUPERIOR COURT OF CALIFORNIA

### IN AND FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| CITY OF SAN DIEGO, a municipal corporation and a Political Subdivision of the State of California<br><br>Plaintiff,<br><br>v.<br><br>TRACY L. MEANS, (aka Tracy L. Williams) an individual; MICHAEL HODGES, an individual; ROBERTA THOMPSON, an individual; AIRPORT BUSINESS SOLUTIONS, INC., a Georgia Corporation; Does 1-20, inclusive,<br><br>Defendants. | CASE NO. GIC 858344<br><br>DEFENDANT'S AND RESPONDENT'S NOTICE OF CROSS APPEAL<br><br>Judge: Hon. Joan M. Lewis<br>Dept.: 65<br><br>**Notice of Appeal Filed: 1-31-08**<br>**Appellate Case No.: D051840** |

TO THE CLERK OF THE SUPERIOR COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant and respondent TRACY L. MEANS cross-appeals from the court's ruling on January 4, 2008 partially denying Defendant's motion for attorneys fees and specifically from the portion of the ruling denying Defendant's request to recover fees and costs associated with prosecuting the companion case of *Means v. City of San Diego*, GIC 864419.

// //
// //
// //

- 1 -
DEFENDANT'S AND RESPONDENT'S NOTICE OF CROSS APPEAL

1      The Order from that hearing was entered on January 4, 2008 and an appeal from that order was
2  filed by Plaintiffs on January 31, 2008.
3  Dated: _2/22_, 2008     Respectfully submitted,
4      ROSENSTEIN, WILSON & DEAN, P.L.C.
5
6      By: _____
7      Paula S. Rosenstein, Esq.
    Attorneys for Defendant Tracy L. Means

# EXHIBIT 7

Paula S. Rosenstein, Esq. (SBN 12624)
ROSENSTEIN, WILSON & DEAN, P.L.C.
1901 First Avenue, Suite 300
San Diego, CA 92101
Telephone: (619) 232-8377
Facsimile: (619) 238-8376

Attorneys for Defendant
Tracy L. Means

## SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| CITY OF SAN DIEGO, a municipal corporation and a Political Subdivision of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>TRACY L. MEANS, (aka Tracy L. Williams) an individual; MICHAEL HODGES, an individual; ROBERTA THOMPSON, an individual; AIRPORT BUSINESS SOLUTIONS, INC., a Georgia Corporation; Does 1-20, inclusive,<br><br>Defendants. | CASE NO. GIC 858344<br><br>DEFENDANT'S AND RESPONDENT'S NOTICE OF ABANDONMENT OF CROSS APPEAL<br><br>Judge: Hon. Joan M. Lewis<br>Dept.: 65<br><br>Notice of Appeal Filed: 1-31-08<br>Appellate Case No.: D051840 |

TO THE CLERK OF THE SUPERIOR COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant and respondent TRACY L. MEANS hereby abandons the cross-appeal she previously filed in the above referenced case. The cross appeal related to the Order entered on January 4, 2008.

Dated: 3/21, 2008       Respectfully submitted,

ROSENSTEIN, WILSON & DEAN, P.L.C.

By: _____
Paula S. Rosenstein, Esq.
Attorneys for Defendant Tracy L. Means

- 1 -
DEFENDANT'S AND RESPONDENT'S NOTICE OF ABANDONMENT OF CROSS APPEAL