# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

TRACY MEANS,

            Plaintiffs,

v.

CITY OF SAN DIEGO, and DOES 1-30,

            Defendants.

Case No.  08cv0580 WQH (POR)

**DECLARATION OF SERVICE**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents: **DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTIONS UNDER: FRCP 12(b) TO DISMISS; FRCP 12(e) FOR MORE DEFINITE STATEMENT; AND 12(f) TO STRIKE PORTIONS; DEFENDANT'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION UNDER: FRCP 12(b) TO DISMISS; FRCP 12(e) FOR MORE DEFINITE STATEMENT; AND 12(f) TO STRIKE PORTIONS o**n the individuals listed below in the manner indicated:

Paula S. Rosenstein, Esq.
ROSENSTEIN, WILSON & DEAN, P.L.C.
1901 First Avenue, Suite 300
San Diego, CA 92101
Tel:  (619) 232-8377
Fax : (619) 238-8376
*Attorney For Plaintiff Tracy L. Means*

By serving electronically at the email address:      **prosenstein@rwdlaw.com**

     Executed June 2, 2008, at San Diego, California.

Kathleen A. Tenwolde
KTenwolde@sandiego.gov

1