# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Tracy Means

                **V.**                **JUDGMENT IN A CIVIL CASE**

City of San Diego; DOES 1-30

                **CASE NUMBER:**   08cv580-WQH-POR

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The motion to dismiss is granted. This case is dismissed without prejudice.

| August 7, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/M. Cruz |
| | (By) M. Cruz, Deputy Clerk |
| | ENTERED ON August 7, 2008 |